IN RE: ADOPTION OF R.L., minor,

Appeal of: R.L.–K.

1550 WDA 2016

Superior Court of Pennsylvania.

04/18/2017

63–16–0278
(Washington)
Affirmed

IN RE: ADOPTION OF R.L., minor,

Appeal of:. R.L.–K.

1551 WDA 2016

Superior Court of Pennsylvania.

04/18/2017

63–16–0277
(Washington)
Affirmed

IN RE: ADOPTION OF O.L., minor,

Appeal of: R.L.–K.

1552 WDA 2016

Superior Court of Pennsylvania.

04/18/2017

No. 63–16–0273
(Washington)
Affirmed

INTEREST OF: I.S.R., a minor,

Appeal of: S.D.

1786 WDA 2016

Superior Court of Pennsylvania.

04/18/2017

20046 OF 2014 O.C.
(Lawrence)

Affirmed

AMERICAN HONDA MOTOR CO.

v.

MARTINEZ, C.

445 EDA 2015

Superior Court of Pennsylvania.

4/19/2017

111203763
(Philadelphia)

Affirmed

